UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-800-GCM

| | |
|---|---|
| **Belsome, et al,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **Rex Venture Group LLC, et al,** ) | |
| Defendant(s). ) | |

THIS MATTER IS BEFORE THE COURT on the "Application For Admission To Practice Pro Hac Vice" (Document No. 44) filed by James W. Kilbourne on January 11, 2013, concerning MARC R. MICHAUD. Mr. Michaud seeks to appear as counsel pro hac vice for Plaintiff(s).

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, Mr. Michaud is hereby admitted to appear before the Court pro hac vice on behalf of Plaintiff(s).

Signed: January 14, 2013

Graham C. Mullen
United States District Judge