IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV800

| | |
|---|---|
| JOHNNY BELSOME, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| REX VENTURE GROUP, LLC d/b/a ) | |
| ZEEKREWARDS.COM and PAUL R. ) | |
| BURKS, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Defendants' Motion to Stay, filed prior to this case being transferred to this Court from the Eastern District of Louisiana. Pursuant to the Order entered by this Court on August 17, 2012 in *SEC v. Rex Venture Group, LLC d/b/a ZeekRewards.com and Paul Burks*, 3:12CV519, this matter is hereby STAYED until further Order of the Court.

IT IS SO ORDERED.

Signed: July 3, 2013

Graham C. Mullen
United States District Judge