IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV800

| | | |
|---|---|---|
| JOHNNY BELSOME, *et al.*, on behalf of themselves and all others similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL R. BURKS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court upon Plaintiffs' Motion to Lift Stay and permit Plaintiffs to proceed against Defendant Paul Burks. This case was transferred from the Eastern District of Louisiana and asserts claims against Defendants for violations of the securities laws, breach of fiduciary duty, and intentional/fraudulent misrepresentation. This Court issued a stay on July 3, 2013 in its discretion in an abundance of caution to maintain the status quo "until further order of the court." At this time, the Court has determined that it would be appropriate for the receiver and Defendant Burks to respond substantively to the arguments made by Plaintiffs herein. Accordingly, they are hereby directed to do so within fourteen days.

IT IS SO ORDERED.

Signed: September 25, 2013

Graham C. Mullen
United States District Judge